[No. 19315-9-II.     Division Two.     April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
LEE MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 94-1-00238-4, James B. Sawyer II, J.,
entered March 2, 1995. *Reversed* by unpublished opinion
per Van Deren, J. Pro Tem., concurred in by Morgan and
Seinfeld, JJ.

[No. 19619-1-II.     Division Two.     April 11, 1997.]

NEAL WAYNE HAYES, *Appellant*, v. CHRISTIAN
ROLAND PRUSIA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-13675-1, Terry D. Sebring, J., entered
May 18, 1995. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 19633-6-II.     Division Two.     April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
WAYNE WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00304-4, Edwin L. Poyfair, J., entered
June 13, 1995. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 19904-1-II; 20220-4-II.     Division Two.     April 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE A.
WORKMAN, *Appellant*.

Appeal from judgments of the Superior Court for Lewis
County, No. 95-1-00140-2, David R. Draper, J., entered
September 15, 1995 and January 11, 1996. *Affirmed* by un-
published opinion per Hunt, J., concurred in by Bridgewa-
ter, A.C.J., and Morgan, J.